**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A.; BOARD OF TRUSTEES of the PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN, LOCAL 597; and BOARD OF TRUSTEES of the PIPE FITTING COUNCIL OF GREATER CHICAGO, <br><br>Plaintiffs,<br><br>vs.<br><br>ALL-TECH HEATING AND AIR CONDITIONING INC., an Illinois Corporation;<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO.: 11-CV-9016<br><br>JUDGE: LEINENWEBER<br><br>MAGISTRATE JUDGE: MASON |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Final Judgment in favor of Plaintiffs and against Defendant ALL-TECH HEATING AND AIR CONDITIONING, INC. ("ALL-TECH") and in support thereof, state as follows:

1. On or about December 20, 2011, Plaintiffs filed their Complaint in the above-captioned matter.

1

2. On or about March 1, 2012, this Court entered Default Judgment in favor of Plaintiffs and against Defendant ALL-TECH. (A copy of the Default Order is attached as Exhibit 1).

3. The Default Order required ALL-TECH to submit Contribution Reports for the months of November and December 2011, and January 2012 so that the total aggregate owed to Plaintiffs could be determined.

4. The Default Order provides that judgment is entered in favor of Plaintiffs and against Defendant ALL-TECH for all amounts shown to be due and owing in the Contribution Reports for November and December 2011 and January 2012, as well as attorney's fees pursuant to the terms of the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. § 1132(g)(2)(D).

5. Defendant ALL-TECH recently submitted the required Contribution Reports to Plaintiffs for the months of November and December 2011, and January 2012.

6. ALL-TECH currently owes the TRUST FUNDS $24,285.70, in unpaid contributions, $2,287.52 in unpaid liquidated damages, and $288.11 in unpaid interest for the period of July 1, 2009 through October 31, 2011, as revealed by an audit conducted November 4, 2011. (Affidavit of Michael Maloney is attached as Exhibit 2).

7. ALL-TECH owes the TRUST FUNDS $10,828.84 in unpaid contributions, $1,061.22 in unpaid liquidated damages and $203.58 in unpaid interest for the months of November and December 2011, and January 2012. (Exhibit 2).

8. ALL-TECH owes the TRUST FUNDS $3,807.52 in reasonable attorney's fees pursuant to the terms of the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. §

1132(g)(2)(D). (Affidavit of Attorney's Fees is attached as Exhibit 3).

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter Final Judgment in favor of Plaintiffs and against Defendant ALL-TECH in the amount of $42,762.49 for all known contributions, liquidated damages, interest and reasonable attorney's fees.

                              Respectfully Submitted,

                              **JOHNSON & KROL, LLC**

                              By: /s/ William P. Callinan - 6292500
                                    One of Plaintiffs' Attorneys

William P. Callinan
**JOHNSON & KROL, LLC**
300 South Wacker Drive, Suite 1313
Chicago, Illinois 60606
(312) 372-8587